NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHERYL TAYLOR,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2013-3037

---

Petition for review of the Merit Systems Protection Board in case no. AT1221120255-W-1.

---

**ON MOTION**

---

**O R D E R**

Sheryl Taylor moves for the court to "enter an order for the Merit Systems Protection Board and the U.S. Department of the Treasury/IRS to appoint or assign counsel." This court has no procedure to appoint counsel for pro se litigants.

ACCORDINGLY:

The motion is denied.

SHERYL TAYLOR v. MSPB                                              2

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s26